9/4/07

Dear Clerk,

I'm currently housed in Administrative Segregation at Avenal State Prison. The Appeals and Writs in Criminal Cases book in our law library is missing the pages that have to do with Jury Instructions, as well as appeals forms. I hope this is O.K. I was formerly represented by Candace Hale of the Sixth Appellate Program through the California Supreme Court. Thanks for your consideration,

_Jeff Hancock_