CONFIDENTIAL LEGAL MATERIAL

Jeff Hancock V-49474 140-111L
#8 Kings Way
Avenal, CA. 93204

United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102-3483

RECEIVED
SEP 7 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL
SEP 5 2007
AVENAL STATE PRISON
MAILROOM