

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF JAY HANCOCK Plaintiff,

v.

D. SEDLEY Defendant.

CASE NO. C 07 4664 CW (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, Jeff Hancock, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Kelltech Inc. Stone Ave. San Jose, CA
Gross $2,400 Monthly $1,800 Monthly Net

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? Yes ___ No X

d. Pensions, annuities, or life insurance payments? Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___

___

3. Are you married? Yes ___ No X

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:

$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

___

___

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $___ Amount of Mortgage: $___

6. Do you own an automobile? Yes ___ No X

Make ___ Year ___ Model ___

Is it financed? Yes ___ No ___ If so, Total due: $ ___

Monthly Payment: $ ______________

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No X

Name(s) and address(es) of bank: ______________________________

______________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ___ No X Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No X

______________________________

8. What are your monthly expenses?

Rent: $ Ø Utilities: Ø

Food: $ Ø Clothing: Ø

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

$56,000 El Camino Hospital Mt. View, Ca.

$15,000 Washington Hospital Fremont, Ca.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9/4/07 [signature]

DATE SIGNATURE OF APPLICANT

EVIDENCIARY HEARING REQUESTED

:PORT ID: TS3030 REPORT DATE: 08/09/07

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
AVENAL STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

COUNT NUMBER : V49474
COUNT NAME : HANCOCK, JEFF JAY
IVILEGE GROUP: D

BED/CELL NUMBER: 140 1 00000003L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| '09/2007 | H107 | POSTAGE HOLD | 700129POST | 4.92 |
| '09/2007 | H107 | POSTAGE HOLD | 700129POST | 6.47 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 11.39 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 11.39- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

ACCOUNT NUMBER : U49474
ACCOUNT NAME : HANCOCK, JEFF JAY
PRIVILEGE GROUP:

BED/CELL NUMBER:
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY D Vonderheit
TRUST OFFICE