E-filing

FILED 07 SEP 10 PM 1:57
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court, Northern
District ~~SUPERIOR COURT~~ OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF San Francisco

CW

In re JEFF JAY HANCOCK
v
D. SEDLEY
Federal Appeal
On Habeas Corpus

Case No. C 07 4664 (PR)

REQUEST FOR APPOINTMENT
OF COUNSEL AND
DECLARATION OF INDIGENCY

I, _____, declare that I am the petitioner to the above-referenced matter, that I am incarcerated at Avenal State Prison, and that I am indigent and unable to afford counsel. My total assets are $ Ø and my income is $ Ø per month.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on

_____
Petitioner