E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeff Hancock, Plaintiff,

vs.

D. Sedley, Defendant.

CASE NO. C 07 4664 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Jeff Hancock, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Kelltech Inc, San Jose, CA_____
5  _____
6  _$2,400 gross  $1,800 net monthly_____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or                      Yes ___ No X
10         self employment
11    b.  Income from stocks, bonds,                   Yes ___ No X
12        or royalties?
13    c.  Rent payments?                               Yes ___ No X
14    d.  Pensions, annuities, or                      Yes ___ No X
15        life insurance payments?
16    e.  Federal or State welfare payments,           Yes ___ No X
17        Social Security or other govern-
18        ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                               Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).

5    _____

6    _____

7  5.  Do you own or are you buying a home?        Yes ___ No  X

8  Estimated Market Value: $_____  Amount of Mortgage: $_____

9  6.  Do you own an automobile?                  Yes ___ No  X

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7.  Do you have a bank account?  Yes ____ No  X  (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $ _____

17  Do you own any cash? Yes ___ No  X   Amount: $ _____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ___ No  X

20  _____

21  8.  What are your monthly expenses?

22  Rent: $ ____0____        Utilities: ____0____

23  Food: $ ____0____        Clothing: ____0____

24  Charge Accounts:

25  Name of Account          Monthly Payment           Total Owed on This Acct.

26  ___None___         $ ___None___         $ ___None___

27  _____    $ _____    $ _____

28  _____    $ _____    $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

56,000 El Camino Hospital Mt. View, CA

15,000 Washington Hospital Fremont, CA

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9/19/07                                    /s/ Hancock
DATE                                       SIGNATURE OF APPLICANT

Case Number: **C074664**

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **JEFF HANCOCK** [prisoner name] for the last six months **AVENAL STATE PRISON** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: **10-24-07**    _____**D Voxlubech**_____
[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                    REPORT DATE: 10/24/07
                                                          PAGE NO:        1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                       AVENAL STATE PRISON
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

ACCOUNT NUMBER : V49474                 BED/CELL NUMBER: 140 1 00000011L
ACCOUNT NAME   : HANCOCK, JEFF JAY         ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                          TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE      DESCRIPTION            COMMENT      HOLD AMOUNT
  ----------  ----    -----------------------  ----------   -----------
  07/09/2007  H107    POSTAGE HOLD             700129POST       4.92
  07/09/2007  H107    POSTAGE HOLD             700129POST       6.47
  10/17/2007  H118    LEGAL COPIES HOLD        701717LECO       1.10
  10/17/2007  H118    LEGAL COPIES HOLD        701717LECO       3.50


                          TRUST ACCOUNT SUMMARY
 BEGINNING     TOTAL         TOTAL        CURRENT      HOLDS      TRANSACTIONS
 BALANCE       DEPOSITS      WITHDRAWALS  BALANCE      BALANCE    TO BE POSTED
 ---------     --------      -----------  -------      -------    ------------
    0.00         0.00           0.00        0.00        15.99         0.00


                                                     CURRENT
                                                    AVAILABLE
   THE WITHIN INSTRUMENT IS A CORRECT                BALANCE
   COPY OF THE TRUST ACCOUNT MAINTAINED             ---------
   BY THIS OFFICE.
   ATTEST:  10-24-07                                  15.99-
   CALIFORNIA DEPARTMENT OF CORRECTIONS
   BY _____
        TRUST OFFICE
```

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

ACCOUNT NUMBER : 849474            BED/CELL NUMBER:
ACCOUNT NAME   : HANCOCK, JEFF JAY    ACCOUNT TYPE: I
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE