RECEIVED
DEC 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Filed 12/20/07

Clerk Richard W. Wieking

Can you please send me a docket sheet for case #'s C07 4664, and C07 4286? I haven't heard anything concerning them. Thanks for your consideration.

*J. Hancock*

P.S. I'm set to be transferring soon. I'll probably need to ask for an extension of time in order to properly respond to the Attorney General.