Jeff Hancock V-49474 140-1-11L
#8 Kings Way
Avenal, CA 93204

BAKERSFIELD CA 933
MOJAVE CA
21 DEC 2007 PM 3 L

USA 41

United States District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212

AVENAL STATE PRISON

94617-5212 C027