1/17/08

Case # 4:07-CV-04664-CW

Dear Clerk,

When I filed this case I used a Writ Application and crossed out Habeas Corpus and wrote above it Federal Appeal. My Docket Report states: Nature of Suit: 530 Habeas Corpus (state). When I was in state court I had an appeal along with a companion writ for Habeas Corpus. This case, the appeal, concerned improper jury instructions while the writ concerned I.A.C.

I haven't heard anything as far as the status of the above case for over two months. Can you please inform me as to what the current status is.

Thank You

*Jeff Hancock* (signature)

Jeff Hancock
V-49474 140-1-11L
#8 Kings Way
Avenal, CA. 93204

I'm indigent

P.S. Can I please have a copy of your local rules pertaining to: Discovery requests, Expansion of the Record, and Enlargement of Time. Thank You

FILED
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND