FILED 1/24/08

JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Clerk Wieking

Concerning the order of 1/15/08,
On 9/10/07 I filed an appeal using a federal habeas corpus application. On the 1st page I crossed out 'Habeas Corpus' and above it wrote 'Federal Appeal'. The appeal concerned improper jury instructions. When I appealed my criminal conviction in state court my appellate attorney attached a companion habeas corpus as well. I sent case # C07-4286 CW(PR) to try and convince the court of governmental interference on the part of correctional staff with regards to my obtaining my writ and appeal from my property which they (CDCR staff) possessed. I was hoping the court would consider this in light of excusing any procedural default on my part. So, I just wanted to let you know that case # C07-4664 CW(PR) was my appeal. I've never done this before so I guess the consolidation of petitions is a good thing. Thanks for your consideration.

Jeff Atencod